UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 2:20-cv-14251-KMM

ANDRES T. ANDRES, et al.,

      Plaintiffs,
v.

WILLIAM BARR, et al.,

      Defendants.
      _____/

## ORDER ON REPORT AND RECOMMENDATION

THIS CAUSE came before the Court upon the Defendants' Motion to Dismiss. ("Mot.") (ECF No. 10). Therein, Defendants have moved to dismiss *pro se* Plaintiffs' Complaint (ECF No. 1) for lack of jurisdiction and failure to state a claim. Mot. at 10. The Court referred the matter to the Honorable Shaniek M. Maynard, United States Magistrate Judge (ECF Nos. 2, 9), who issued a Report and Recommendation recommending that Defendants' Motion be GRANTED. ("R&R") (ECF No. 13). The Parties did not file objections to the R&R and the time to do so has passed. The matter is now ripe for review. As set forth below, the Court ADOPTS the R&R.

The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

As set forth in the R&R, Magistrate Judge Maynard makes the following findings: (1) Plaintiffs failed to respond to Defendants' Motion within fourteen days; (2) Plaintiffs again failed to respond, even after they were cautioned that failure to respond may result in dismissal; and (3) as of the date of the R&R, Plaintiffs had not filed a response. R&R at 2.

"A court may dismiss a case where the plaintiff fails to prosecute it or comply with a court order." R&R at 3 (citing *Equity Lifestyle Properties, Inc. v. Fla. Mowing And Landscape Serv*.,

Inc., 556 F.3d 1232, 1240 (11th Cir. 2009)). "A court has the authority to dismiss a case based on Rule 41(b) of the Federal Rules of Civil Procedure or the court's inherent power to manage its own docket." *Id.* (citing *Betty K Agencies, Ltd. v. M/V MONADA*, 432 F.3d 1333, 1337 (11th Cir. 2005)). "*Pro se* plaintiffs, like any other litigants, are responsible for following court orders and are subject to the same sanctions." *Id*. (citing *Martins v. Royal Caribbean Cruises, Ltd*., 429 F. Supp. 3d 1315, 1323 (S.D. Fla. 2019)).

Here, Magistrate Judge Maynard found that Plaintiffs have failed to prosecute their case and comply with court orders. *Id*. Additionally, Magistrate Judge Maynard noted that "Plaintiffs have not filed anything in this case since filing the complaint in July 2020." *Id*. For these reasons, Magistrate Judge Maynard recommended that: (1) Defendants' Motion to Dismiss be granted, and (2) Plaintiffs' Complaint be dismissed without prejudice. *Id*. The Court agrees.

Accordingly, UPON CONSIDERATION of the R&R, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that the R&R (ECF No. 13) is ADOPTED, Defendants' Motion (ECF No. 10) is GRANTED, and the above-captioned case is DISMISSED WITHOUT PREJUDICE. The Clerk of Court is INSTRUCTED to CLOSE this case. All pending motions, if any, are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this  21st  day of May, 2021.

K. MICHAEL MOORE<br>
CHIEF UNITED STATES DISTRICT JUDGE

c: All counsel of record